IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ARTHUR JACKSON,                    )
                                   )    Civil Action No. 04 - 559
            Plaintiffs,            )
                                   )    Judge David S. Cercone
            v.                     )    Magistrate Judge Lisa Pupo Lenihan
                                   )
BOB EVANS, COLUMBUS,               )
                                   )
            Defendants.            )


**<u>ORDER</u>**

**AND NOW**, this 16th day of May, 2006;

Because Defendants have filed a Motion for Summary Judgment (Doc. No. 42) with a brief in support on May 12, 2006;

**IT IS HEREBY ORDERED** that plaintiff shall be allowed until June 12, 2006, to respond to Defendants' motion for summary judgment.  Plaintiff is advised that his response to the motion may include opposing or counteraffidavits (executed by the plaintiff or other persons) which have either been sworn to under oath (notarized) or include at the end of the document, immediately before the plaintiff's signature, the following in accordance with 28 U.S.C. § 1746: "I declare under penalty of perjury that the foregoing is true and correct. Executed this ___ day of _____, 20 ___.

**IT IS FURTHER ORDERED** that all affidavits, opposing or counteraffidavits must be based upon the personal knowledge of the person executing the affidavit; that no affidavit, amended complaint, pretrial narrative or other document containing plaintiff's allegations will be considered when determining the motion for summary judgment unless it has been notarized before a notary public or unless it contains a declaration under

penalty of perjury as set forth above; that plaintiffs may attach to their affidavits copies of any depositions, answers to interrogatories, institutional records or other documents they wish this court to consider when addressing the summary judgment motion; and that the motion for summary judgment will be evaluated under the procedure standard set forth in Rule 56 of the Federal Rules of Civil Procedure; and that failure to respond may result in entry of judgment against them.

**IT IS FURTHER ORDERED** that plaintiff shall serve on counsel for defendant a copy of each pleading or other document submitted for consideration by the court and shall include with each document filed a certificate stating the date a true and correct copy of the pleading or document was mailed to each attorney.  Any pleading or other document received by a district judge or magistrate judge which has not been filed with the Clerk or which fails to include a certificate of service shall be returned to the plaintiffs by the Clerk.

**IT IS FURTHER ORDERED** that the parties are allowed ten (10) days from this date to appeal this order to a district judge pursuant to Rule 72.1.3(B) of the Local Rules for Magistrates.  Failure to appeal within ten (10) days may constitute waiver of the right to appeal.

s/Lisa Pupo Lenihan
LISA PUPO LENIHAN
U.S. Magistrate Judge

cc:   Arthur Jackson
    23 Circle Road
    Daisytown, PA 15427

    Chris J. North
    Vorys, Sater, Seymour and Pease
    52 East Gay Street
    Columbus, OH 43215

    Stacia Marie Jones
    Vorys, Sater, Seymour and Pease
    52 East Gay Street
    Columbus, OH 43215

    Thomas H. May
    Dickie, McCamey & Chilcote
    Two PPG Place
    Suite 400
    Pittsburgh, PA 15222-5402