IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ARTHUR JACKSON,**           ) | |
|                     Plaintiff,           ) | 2:04cv559 |
|                                            ) | Electronic Filing |
| v.                                       ) | |
|                                            ) | Judge Cercone |
| **BOB EVANS - COLUMBUS,**   ) | Magistrate Judge Lenihan |
|                                            ) | |
|                     Defendant.         ) | |

## MEMORANDUM ORDER

Plaintiff's complaint was received by the Clerk of Court on April 13, 2004, and was referred to United States Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation, filed on December 4, 2006 (Document No. 54), recommended that Defendant's Motion for Summary Judgment be granted.   Service was made on Plaintiff at 23 Circle Road, Daisytown, Pennsylvania 15427, and on counsel for Defendant.  Plaintiff filed timely objections to the Report and Recommendation on December 19, 2006 (Document No. 55), which the Court has reviewed and found to be without merit.

After review of the pleadings and documents in the case, together with the Report and Recommendation and objections thereto, the following Order is entered:

AND NOW, this 22nd day of December, 2006,

**IT IS HEREBY ORDERED** that Defendant's Motion for Summary Judgment(Document No. 42) is **GRANTED** and the case is **DISMISSED WITH PREJUDICE**.

The Report and Recommendation of Magistrate Judge Lenihan, dated December 4, 2006, is adopted as the opinion of the Court.

The Clerk of Court shall mark this CASE CLOSED.

                                              s/ David Stewart Cercone
                                              David Stewart Cercone
                                              United States District Judge

cc:      Honorable Lisa Pupo Lenihan
         United States Magistrate Judge

         Arthur Jackson
         23 Circle Road
         Daisytown, PA 15427

         Thomas H. May, Esquire
         Dickie, McCamey & Chilcote
         Two PPG Place
         Suite 400
         Pittsburgh, PA 15222

         Chris J. North, Esquire
         Stacia Marie Jones, Esquire
         Vorys Sater Seymour and Pease LLP
         52 East Gay Street
         Columbus, OH 43215